IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF:      ) | |
| )                       | |
| AFY, INC.,              ) | 8:11CV288 |
| )                       | |
| Debtor(s).  ) | |
| _____ ) | |
| )                       | ORDER ON ORAL MOTION FOR |
| JOSEPH H. BADAMI,       ) | EXTENSION OF TIME |
| )                       | |
| Plaintiff,  ) | |
| )                       | |
| v.          ) | |
| )                       | |
| SEARS CATTLE CO.,       ) | |
| )                       | |
| Defendant.  ) | |

Counsel for the defendant, Sears Cattle Co., has orally moved for an extension of time until November 15, 2011, to inform Magistrate Judge Zwart of his thoughts of the procedure that should be followed in the resolution of the remaining issue or issues as required by my order, ECF No. 2. On a telephone call to plaintiff's counsel regarding this request, no objection to the extension of time was expressed.

IT THEREFORE IS ORDERED that:

1. the oral motion for extension of time for counsel for the defendant Sears Cattle Co. to inform Magistrate Judge Zwart of his thoughts of the procedure that should be followed in the resolution of the remaining issue or issues, ECF No. 3, is granted; and

2. the defendant, Sears Cattle Co., shall have on or before November 15, 2011, in which to comply.

Dated November 2, 2011.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge